UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES E. WILLIAMS,

                    Plaintiff,

-against-

FREDERICK J. SLANOVEC,
            Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

07 Civ. 4685 (PKC)

ORDER ADOPTING REPORT
AND RECOMMENDATION

P. KEVIN CASTEL, District Judge:

        This pro se civil rights action was referred to Magistrate Judge Frank Maas for general pretrial supervision. (Order of Aug. 24, 2007; Doc # 10) Based upon failure to comply with Rule 4(m) and the warning set forth in my Order of June 4, 2007, Judge Maas issued a Report and Recommendation, dated January 23, 2008, which recommended that the action be dismissed without prejudice (the "R & R").

        The R & R advised the parties that they had ten days from service of the R & R to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. As of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. The R & R expressly called plaintiff's attention to Rule 72(b), Fed. R. Civ. P., and 28 U.S.C. § 636(b)(1). Plaintiff received clear notice of the consequences of the failure to object and has waived the right to object to the R & R or obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.), cert. denied, 506 U.S. 1038 (1992). See also Caidor v. Onondaga County, ___ F.3d ___, 2008 WL 451146 (2d Cir. Feb. 21, 2008).

        The R & R is adopted and the action is dismissed without prejudice.

2

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 13, 2008